UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
SHAH CAPITAL MANAGEMENT LIMITED, :

     Petitioner,              :

  v.                                  :

CROWE HORWATH LLP;  KPMG LLP;
CHARLES SCHWAB & CO., INC.;
SHEARMAN & STERLING LLP;  TD       Case No.  17-cv-_____
AMERITRADE;  FIDELITY INVESTMENTS;
UBS SECURITIES LLC;  UBS AG;  CATHAY
BANK;  PAUL HASTINGS LLP;
MORRISON & FOERSTER LLP;  LESTER
SCHWAB KATZ & DWYER, LLP;
ANDREW N. BERNSTEIN;  PUGLISI &
ASSOCIATES;  THE DEPOSITORY TRUST
COMPANY;  AND CT CORPORATION
SYSTEM,

     Respondents.
------------------------------------ X

## DECLARATION OF CRAIG WEINER

       I, Craig Weiner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under laws of the United States of America that the following is true and correct.

    1.      I am a partner at Robins Kaplan LLP, attorneys for Petitioner Shah Capital Management Limited ("Shah" or "Petitioner"). I am a member of the bar of the State of New York and this Court. I am fully familiar with the statements herein.

    2.      Attached hereto as Exhibit A is a form of a proposed order.

    3.      Attached hereto as Exhibit B is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Crowe Horwath LLP.

4. Attached hereto as Exhibit C is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon KPMG LLP.

5. Attached hereto as Exhibit D is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Charles Schwab & Co., Inc.

6. Attached hereto as Exhibit E is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Shearman & Sterling LLP.

7. Attached hereto as Exhibit F is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon TD Ameritrade.

8. Attached hereto as Exhibit G is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Fidelity Investments.

9. Attached hereto as Exhibit H is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon UBS Securities LLC.

10. Attached hereto as Exhibit I is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon UBS AG.

11. Attached hereto as Exhibit J is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Cathay Bank.

12. Attached hereto as Exhibit K is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Paul Hastings LLP.

13. Attached hereto as Exhibit L is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Morrison & Foerster LLP.

14. Attached hereto as Exhibit M is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Lester Schwab Katz & Dwyer, LLP.

15. Attached hereto as Exhibit N is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Andrew N. Bernstein.

16. Attached hereto as Exhibit O is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon Puglisi & Associates.

17. Attached hereto as Exhibit P is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon The Depository Trust Company.

18. Attached hereto as Exhibit Q is a form of proposed Notice to Produce, which Petitioner respectfully requests permission to serve upon CT Corporation System.

19. Attached hereto as Exhibit R is the Sealed Statement of Claim, dated October 14, 2015, filed with the BVI Court.

20. Attached hereto as Exhibit S is the Judgment in Default of Defence, dated December 1, 2015, filed with the BVI Court.

21. Attached hereto as Exhibit T is the BVI Court's Order, dated January 18, 2016, setting forth the terms of the Judgement, filed with the BVI Court.

22. I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated: New York, New York.
January 23, 2017

_____
Craig Weiner